# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        PLAINTIFF,

vs.

**HENRY CLARK (01),**
    a.k.a. "Wicky Lord,"
    a.k.a. "Wicky,"
    a.k.a. "Lil Wicky,"
    a.k.a. "Henry Smith,"
    a.k.a. "Otis Smith,"
**SYLVESTER CALVERT, JR. (02),**
    a.k.a. "Mook,"
    a.k.a. "James Mook,"
    a.k.a. "Mook Calvert,"
**MICHAEL CALVERT (03),**
**JAMES TOLIVER (04),**
    a.k.a. "Lil Jim,"
    a.k.a. "Moneybagg Jim,"
**BLAKE WOODYARD (05),**
**KIMBERLY OBRECHT (06),**
    a.k.a. "LulMama,"
**ROBERT HOUSTON Sr. (07),**
**PRIANNA BAGGETT (08),**
    a.k.a. "Pre,"
    a.k.a. "Pri,"
**JEREMY RICHMOND (09),**
        DEFENDANTS.

CASE NO. 19-40068-01/09-HLT

**Filed Under Seal**

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### CONSPIRACY TO MANUFACTURE, DISTRIBUTE, AND POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES RESULTING IN DEATH AND SERIOUS BODILY INJURY

1

1.      Beginning on a date unknown to the Grand Jury but in or before June 2016, and continuing to on or about the return of this Indictment, in the District of Kansas and elsewhere, the defendants,

**HENRY CLARK,
SYLVESTER CALVERT, JR.,
MICHAEL CALVERT,
JAMES TOLIVER,
KIMBERLY OBRECHT, and
BLAKE WOODYARD,**

combined, conspired, confederated, and agreed together with each other, and with other persons known and unknown to the Grand Jury, to violate one or more of the following controlled substance laws of the United States, namely:

a. to manufacture mixtures and substances containing detectable quantities of: heroin, a Schedule I controlled substance; fentanyl, a Schedule II controlled substance; and acetyl fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

b. to distribute and possess with the intent to distribute mixtures and substances containing a detectable quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

c. to distribute and possess with the intent to distribute mixtures and substances containing a detectable quantity of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

d. to distribute and possess with the intent to distribute mixtures and substances containing a detectable quantity of acetyl fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

2. It is further alleged that the overall scope of the conspiracy involved more than 100 grams of heroin in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B);

3. It is further alleged that the overall scope of the conspiracy involved more than 40 grams of fentanyl in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B);

4. It is further alleged that the quantities of heroin and fentanyl involved in the overall scope of the conspiracy are attributable to each defendant as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to him or her in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B);

5. It is further alleged that within the scope of the conspiracy and in furtherance of its objectives, a mixture and substance containing a detectable quantity of fentanyl, a Schedule II controlled substance, was distributed to M.F.D. (xx/xx/1999), whose death and serious bodily injury resulted from the use of such controlled substance, and that such distribution is attributable to **HENRY CLARK**, **SYLVESTER CALVERT, JR.**, **MICHAEL CALVERT**, **JAMES TOLIVER**, and **BLAKE WOODYARD,** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

6. All the aforementioned conduct in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 841(b)(1)(B) & (C) and Title 18, United States Code, Section 2 (Aiding and Abetting).

## COUNT 2

## DISTRIBUTION OF A CONTROLLED SUBSTANCE
## RESULTING IN DEATH AND SERIOUS BODILY HARM

7. On or about September 25, 2017, in the District of Kansas, the defendant,

**BLAKE WOODYARD,**

knowingly and intentionally distributed a mixture and substance containing a detectable quantity of fentanyl, a Schedule II controlled substance, to M.F.D. (xx/xx/99), whose death and serious bodily injury resulted from the use of such controlled substance in violation of Title 21, United States Code, Section 841(a)(1), with reference to Title 21, United States Code, Section 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3
## CONSPIRACY TO MANUFACTURE, DISTRIBUTE, AND POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES

8. Beginning on a date unknown to the Grand Jury but on or before October 1, 2018, and continuing to on or about the return of this Indictment, in the District of Kansas and elsewhere, the defendants,

**SYLVESTER CALVERT, JR.,
MICHAEL CALVERT,
JAMES TOLIVER,
ROBERT HOUSTON Sr.,
PRIANNA BAGGETT, and
JEREMY RICHMOND,**

combined, conspired, confederated, and agreed together with each other, and with other persons known and unknown to the Grand Jury, to violate one or more of the following controlled substance laws of the United States, namely:

a. to possess with the intent to distribute and distribute mixtures and substances containing detectable quantities of 3,4-Methylenedioxy-methamphetamine, also known as "MDMA" or "Ecstasy," a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

b. to possess with the intent to distribute and distribute mixtures and substances containing detectable quantities of marijuana a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

9. All the aforementioned conduct in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 841(b)(1)(B) & (C) and Title 18, United States Code, Section 2 (Aiding and Abetting).

## FORFEITURE ALLEGATION

10. The allegations contained in paragraphs 1-6 of this Indictment are hereby re-alleged and incorporated by reference as if fully restated for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

11. Upon conviction for the offense in violation of Title 21, United States Code, Sections 846, as set forth in Count 1 of this Indictment, the defendants,

**HENRY CLARK,**
**SYLVESTER CALVERT, JR.,**
**MICHAEL CALVERT,**
**JAMES TOLIVER,**
**KIMBERLY OBRECHT, and**
**BLAKE WOODYARD,**

shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.  The property to be forfeited includes, but is not limited to, a forfeiture money judgment in the approximate amount of $30,000.00, which amount represents the proceeds derived from the commission of Count 1 of the Indictment for which each defendant is liable as a result of his or her conduct and the conduct of codefendants reasonably foreseeable to him or her.

12.   If any of the property described above, as a result of any act or omission of the defendants:

> A.  cannot be located upon the exercise of due diligence;
>
> B.  has been transferred or sold to, or deposited with, a third party;
>
> C.  has been placed beyond the jurisdiction of the court;
>
> D.  has been substantially diminished in value; or
>
> E.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property of the defendants pursuant to Title 21, United States Code, § 853(p).

**A TRUE BILL.**

August 21, 2019             *s/Foreperson*
DATE                        FOREPERSON OF THE GRAND JURY

 Skipper  Jacobs  #26848
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Thomas.beall@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]