**CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE**

UNITED STATES OF AMERICA

v.  
JAMES TOLIVER

Case No: 19-40068-04-HLT  
AUSA: Stephen Hunting  
Defendant: John Jenab

| | | | |
|---|---|---|---|
| **JUDGE:** | James P. O'Hara | **DATE:** | August 30, 2019 |
| **DEPUTY CLERK:** | Yolanda Holman | **COURT REPORTER** | Dani Murray |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | John Deters |

Length of Hearing:   Min(s)                                                                                           Location:   Topeka, Kansas  
Hearing Concluded:        (x) Yes    ( ) No

**PROCEEDINGS**

( )   Initial appearance                ( )   Initial Revocation Hearing        ( )   Bond Hearing  
( )   Identity Hearing                  ( )   Held    ( )   Waived              ( )   Bond Revocation Hearing  
( )   Preliminary Hearing               ( )   Held    ( )   Waived              (x)   Arraignment- 2 mins  
(x)   Detention Hearing – 25 mins      (x)   Held    ( )   Waived  
(x)   Scheduling Conference -2 mins    (x)   Held    ( )   Waived

( )   Interpreter                       ( )   Sworn                              ( )   Previously sworn  
( )   Charges and penalties explained to defendant  
( )   Defendant placed under oath  
( )   Counsel appointed                                    ( )   At defendant's expense  
( )   Constitutional rights explained   ( )   Felony              ( )   Misdemeanor  
( )   Defendant declined to waive indictment   ( )   Will be presented by next Grand Jury  
( )   Signed Waiver of Indictment  
( )   Advised of rights under Rule 20  
( )   Signed Consent to Transfer (Rule 20)  
( )   Petition to Enter Plea Filed                    ( )   Plea Agreement Attached  
( )   Transferred to:  
(x)   ARRAIGNMENT AND PLEA:                                                   (x)   No. of Counts:   2  
    (x)   Waived Reading of     ( )   Complaint     (x)   Indictment     ( )   Read to Defendant  
    ( )   Previous Plea         ( )   Guilty        ( )   Not Guilty     Counts:  
    ( )   Guilty                                                           Counts:  
    (x)   Not Guilty                                                       Counts: 1 and 2

( )   Bail denied                       ( )   Bail fixed at                      ( )   Bail remain at  
( )   $                                 ( )   Unsecured                          ( )   Secured  
( )   Remain on release                 ( )   Executed                           ( )   Continued in effect  
(x)   Deft. remanded to custody         ( )   Pending compliance with conditions of release  
(x)   Detention Ordered

**Deft's next appearance:**   Status Conference set for September 19, 2019 at 9:30 a.m. before District Judge Holly L. Teeter.

**Miscellaneous:**   Arguments presented by all counsel.   For reasons stated on the record, defendant is detained.