UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                  Case No. 19-40068-04-HLT

JAMES TOLIVER,

        Defendant.

## DETENTION ORDER

**A.**    **Order for Detention.**

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) on August 30, 2019, the undersigned U.S. Magistrate Judge, James P. O'Hara, hereby orders the defendant, James Toliver, detained pursuant to 18 U.S.C. §§ 3142(e) & (i).

**B.**    **Statement of Reasons for Detention.**

As the ultimate reasons for detaining defendant, the court finds:

☒ by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the appearance of defendant as required, i.e., defendant poses a serious flight risk (not physical flight from the jurisdiction but rather in terms of being reasonably amenable to supervision);

☒ by clear and convincing evidence, that no condition or combination of conditions will reasonably assure the safety of any other person or the community;

☒ specifically, and without limitation of the foregoing, defendant poses a serious risk of drug trafficking.

**C.**    **Findings of Fact.**

The court's findings in connection with the decision to detain defendant are based on the evidence presented during the detention hearing, and information contained in the pretrial services report, including the following:

☒ (1) Nature and circumstances of the offense charged in the present case:

**Count 1: Title 21 U.S.C. § 841(a)(1)** - Conspiracy to Manufacture, Distribute, and Possess with the Intent to Distribute Controlled Substances Resulting in Death and Serious Bodily Injury

- ☒ (2) The record indicates the Government has a strong case against defendant.

- ☒ (3) The history and characteristics of defendant, including:

    (a)   General factors:

    - ☒ Defendant is not a long-time resident of the community.
    - ☒ Defendant does not have significant community ties.
    - ☒ Defendant has a history relating to drug abuse.
    - ☒ Defendant has a significant prior criminal record (including 6 prior state-court convictions in felony-level drug cases).
    - ☒ Defendant has a prior record of failing to comply with conditions of release.

    (b) At the time of the current arrest, defendant was on probation.

    (c) Other factors: reported Chicago-gang affiliation.

- ☒ (4) The threat of continued drug trafficking if defendant were released poses a serious risk of danger to the community.

- ☒ (5) Rebuttable presumption.

    In determining that defendant should be detained, the court also relied on the following rebuttable presumption contained in 18 U.S.C. § 3142(e):

    - ☒ a. There is probable cause to believe defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, 21 U.S.C. § 801 et seq.;

    - ☒ b. Defendant has rebutted the above-described statutory rebuttable presumption. Nevertheless, the presumption remains a factor (among all others) to be considered in deciding whether to detain defendant.

**D.**     **Additional Directives.**

Pursuant to 18 U.S.C. §§ 3142(i)(2)-(4), the court directs defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel of record in this case. On order of a court of the United States, or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated:   August 30, 2019                              s/ James P. O'Hara
                                                     James P. O'Hara
                                                     U.S. Magistrate Judge