CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.                          Case No: 5:18-cr-40068-HLT

HENRY CLARK (01),
SYLVESTER CALVERT, JR. (02),
MICHAEL CALVERT (03),
JAMES TOLIVER (04),
BLAKE WOODYARD (05),
KIMBERLY OBRECHT (06),
PRIANNA BAGGETT (08),
JEREMY RICHMOND (09),

        Defendants.

        Attorney for Plaintiff: Skipper Seay Jacobs
        Attorney for Defendant: Dionne M. Scherff (01)
        Shazzie Naseem (02)
        Thomas H. Johnson (03)
        John Jenab (04)
        Sylvia B. Penner (05)
        James R. Campbell (06)
        Thomas R. Telthorst (08)
        Jeremy Richmond (09)

| JUDGE: | Holly L. Teeter | DATE: | 9/19/2019 |
|---|---|---|---|
| **CLERK:** | Misty Deaton | **TAPE/REPORTER:** | Sherry Harris |
| **INTERPRETER:** | None | **PROBATION:** | None |

# STATUS CONFERENCE

Defendants appear with counsel.

4 – Government's Motion to Designate as Complex Case

After discussion with the parties, the Court **GRANTS IN PART** and **DENIES IN PART** the motion as set forth in the full record. Order to follow.

**The Court sets a Status Conference for January 15, 2020 at 10:30 a.m.**

Pursuant to the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted.

It is ordered by the Court that the period of delay resulting from the additional time granted pursuant to the Court's order, **September 19, 2019 to January 15, 2020**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

Defendants Henry Clark, Sylvester Calvert, Jr., Michael Calvert, James Toliver and Jeremy Richmond remanded to custody.  Remaining defendants remain on release.