CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

      Plaintiff,

v.      Case No: 5:19-cr-40068-HLT-4

JAMES TOLIVER

      Defendant.

**Attorney for Plaintiff: Skipper Seay Jacobs**
**Attorney for Defendant: John Jenab**

| JUDGE: | Holly L. Teeter | DATE: | 10/9/2019 |
|---|---|---|---|
| **CLERK:** | Misty Deaton | **TAPE/REPORTER:** | Sherry Harris |
| **INTERPRETER:** | None | **PROBATION:** | Corey Kirk |

# MOTION HEARING

Defendant appears with counsel.

The Court hears arguments from the parties on Defendant's Motion for Review Order of Detention (Doc. 46).

The Court **DENIES** the motion.

Defendant remanded to custody.