# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES TOLIVER,<br><br>    Defendant. | Case No. 5:19-cr-40068-HLT |

## ORDER

Defendant James Toliver moves the Court for an order allowing him to marry Leola Johnson while he is incarcerated at CoreCivic Leavenworth Detention Center in Leavenworth, Kansas (Doc. 79). The government has no objection. After reviewing the motion, record, and applicable law, the Court grants the motion.

THE COURT THEREFORE ORDERS that Mr. Toliver's Motion to Marry (Doc. 79) is GRANTED. CoreCivic Leavenworth Detention Center shall allow Mr. Toliver to marry Ms. Johnson at CoreCivic Leavenworth Detention Center. CoreCivic Leavenworth Detention Center shall bear NO COSTS for the ceremony.

IT IS SO ORDERED.

Dated: October 17, 2019            /s/ *Holly L. Teeter*
                                                  HOLLY L. TEETER
                                                  UNITED STATES DISTRICT JUDGE