_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **United States v. Henry Clark,** *et. al.,* | **No. 19-cr-40068-HLT-01/09** |
| **United States v. Dontae Patterson,** *et. al.,* | **No. 19-cr-40069-HLT-01/21** |
| **United States v. Kevin Henderson,** *et al.,* | **No. 19-cr-40070-HLT-01/05** |
| **United States v. Christopher Williams,** *et. al.,* | **No. 19-cr-40071-HLT-01/07** |
| **United States v. Paige Jonas** *et. al.,* | **No. 19-cr-40072-HLT-01/04** |
| **United States v. Fredrick Swinson,** | **No. 19-cr-40073-HLT** |
| **United States v. John Thompson,** | **No. 19-cr-40074-HLT** |
| **United States v. Daniel Mainville,** | **No. 19-cr-40075-HLT** |
| **United States v. Chanel Toliver,** | **No. 19-cr-40076-HLT** |
| **United States v. Damon Brown,** | **No. 19-cr-40077-HLT** |
| **United States v. Jason Simonds,** | **No. 19-cr-40078-HLT** |
| **United States v. Jerah Gasser,** | **No. 19-cr-40079-HLT** |
| **United States v. James Atkinson,** | **No. 19-cr-40080-HLT** |

## GOVERNMENT'S FIRST STATUS REPORT
### (RE: COURT'S PROTECTIVE ORDER[1])

**COMES NOW**, the United States of America, by and through Assistant United States Attorney, Skipper Jacobs, and provides the Court with a Status Report concerning the protective order(s) issued in the above-captioned cases.[2]

---

[1] *Clark et. al.,* at Doc. 74; *Patterson, et. al.,* at Doc. 177; *Henderson et. al.,* at Doc. 34; *Williams et. al.,* at Doc. 63; *Jonas et. al.* at Doc. 39; *Swinson,* at Doc. 18; *Thompson,* at Doc. 15; *Mainville,* at Doc. 15; *Toliver,* at Doc. 18; *Brown et. al.* at Doc. 19; *Simonds,* at Doc. 18; *Gasser,* at Doc. 21; *Atkinson,* at Doc. 16.
[2] *Id.*

1

The Court has issued protective orders in the above-captioned cases concerning five categories of materials identified as "Item 1" through "Item 5."[3] With respect to the materials identified as "Item 1" and "Item 5" the government is obligated to provide the Court with a status report every sixty days. The materials identified as "Item 1" concern materials that, at the time of the government's application, were related to an ongoing investigation.[4] Specifically, the Court authorized the government to redact substantive portions of law enforcement narratives and to defer discovery only to specified counsel.[5]

The government submits Item 1 materials no longer require substantive redactions as the underlying investigation has concluded. As such, on November 5, 2019, the government disclosed these materials without the substantive redactions previously authorized to Mr. Russ Aoki, Coordinating Discovery Attorney for the above-captioned cases.

Respectfully submitted,

s/Skipper S. Jacobs
Skipper S. Jacobs, #26848
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Skipper.jacobs@usdoj.gov

---

[3] *Id.*
[4] *Id.; See also ex parte* "written statement" submitted to the Court in support of Motion for Protective Order pursuant to Fed. R. Crim. P. 16(d).
[5] *Clark et. al.,* at Doc. 74; *Patterson, et. al.,* at Doc. 177; *Henderson et. al.,* at Doc. 34; *Williams et. al.,* at Doc. 63; *Jonas et. al.* at Doc. 39; *Swinson,* at Doc. 18; *Thompson,* at Doc. 15; *Mainville,* at Doc. 15; *Toliver,* at Doc. 18; *Brown et. al.* at Doc. 19; *Simonds,* at Doc. 18; *Gasser,* at Doc. 21; *Atkinson,* at Doc. 16.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2019, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to counsel of record.

/s/Skipper S. Jacobs
Skipper S. Jacobs, #26848
Assistant United States Attorney