# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| HENRY CLARK, et al., | Case Nos. 19-CR-40068-HLT |
| DONTAE PATTERSON, et al., | 19-CR-40069-HLT |
| KEVIN HENDERSON, et al., | 19-CR-40070-HLT |
| CHRISTOPHER WILLIAMS, et al., | 19-CR-40071-HLT |
| PAIGE JONAS, et al., | 19-CR-40072-HLT |
| FREDRICK SWINSON, | 19-CR-40073-HLT |
| JOHN THOMPSON, | 19-CR-40074-HLT |
| DANIEL MAINVILLE, | 19-CR-40075-HLT |
| CHANEL TOLIVER, | 19-CR-40076-HLT |
| DAMON BROWN, | 19-CR-40077-HLT |
| JASON SIMONDS, | 19-CR-40078-HLT |
| JERAH GASSER, | 19-CR-40079-HLT |
| JAMES ATKINSON, | 19-CR-40080-HLT |
| Defendants. | |

## ORDER

In the Protective Order,[1] the Court ordered the government to provide a status update concerning Item 5 materials every sixty days. The government filed a status report on November 27, 2019, stating that "deferral of 'Item 5' materials is still required." The government further submitted an ex parte written statement per Federal Rule of Criminal Procedure 16(d) detailing the basis for the continued deferral. The Court reviewed the written statement in camera and finds good cause exists to continue the deferral of Item 5 materials.

---

[1] *Clark, et. al.*, at Doc. 74; *Patterson, et. al.*, at Doc. 177; *Henderson, et. al.*, at Doc. 34; *Williams, et. al.*, at Doc. 63; *Jonas, et. al.*, at Doc. 39; *Swinson*, at Doc. 18; *Thompson*, at Doc. 15; *Mainville*, at Doc. 15; *Toliver*, at Doc. 18; *Brown*, at Doc. 19; *Simonds*, at Doc. 18; *Gasser*, at Doc. 21; *Atkinson*, at Doc. 16.

THE COURT THEREFORE ORDERS that the government's request to continue deferral of Item 5 materials is GRANTED.

THE COURT FURTHER ORDERS that an attorney for the government shall continue to provide the Court with a status update concerning Item 5 materials every sixty (60) days so that the Court can determine whether deferral of Item 5 materials remains necessary.

IT IS SO ORDERED.

Dated: December 2, 2019                      /s/  *Holly L. Teeter*
                                                          HOLLY L. TEETER
                                                          UNITED STATES DISTRICT JUDGE