IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES TOLIVER,<br><br>Defendant. | No. 19-cr-40068-HLT-04 |

**UNOPPOSED MOTION FOR DEFENDANT'S CUSTODIAL
ACCESS TO ELECTRONICALLY STORED DATA**

James Toliver, by and through undersigned counsel, respectfully requests this Court issue an Order granting him independent access to electronically stored data that was provided by the Government in discovery or as necessary to prepare his defense in this case. In support of this motion, counsel states as follows:

1. On August 21, 2019, Mr. James Toliver and numerous co-defendants were charged in an Indictment alleging their participation in a conspiracy to possess with intent to distribute various controlled substances in violation of 21 U.S.C. §§ 841 and 846. (Doc. 1). Following his arrest for the alleged conspiracy, Mr. Toliver was detained following a detention held before United States Magistrate Judge James P. O'Hara on August 30, 2019. (Doc. 41). Mr. Toliver

1

remains detained pending trial. (Doc. 76).

2. A status conference was held on September 19, 2019. During the status conference, this Court declared the case complex for a number of articulated reasons, including but not limited to the number of defendants indicted, the expected volume of discovery, and the complexity of the issues. (Doc. 73).

3. A status conference is set in this matter for May 20, 2020. (Doc. 128).

4. Mr. James Toliver has asked counsel for the opportunity to review the discovery in his case to assist with his defense. The discovery consists of over a one terabyte of information, which contains documents and reports, photographs, cell phone extractions, affidavits, audio and video recordings, social media downloads, etc. Discovery in this matter was provided via the Coordinating Discovery Attorney in early December 2019 and will take a substantial amount of time to review. Through the use of various filter and search methods counsel will be able to identify and isolate relevant information for Mr. James Toliver's review.

5. In his current custodial circumstance, the defendant must meet with his attorney to review discovery. Counsel is permitted to take in a laptop loaded with discovery, but review of discovery during this limited period of time is often slow and inefficient. Providing the defendant with the ability to access and review discovery on his own

will help in preparing the defense and increase the efficiency of the discovery review process. Mr. James Toliver asks the Court to order CoreCivic Leavenworth to allow him to have independent access to electronically stored information outside the presence of his lawyer in accordance with the conditions outlined below.

6. Counsel understands that CoreCivic Leavenworth maintains a stripped laptop with certain programs installed that will allow review of materials, but that prevents alteration. Wi-Fi, Network and Bluetooth capabilities have been disabled. CoreCivic controls whether a defendant can print to available printers. Once a review session is completed, the computer is reset by CoreCivic staff, which prevents residual data from the review session from remaining open for the next person's review.

7. Mr. James Toliver understands that a protective order is in place in this case, that he is not to disclose any personal information learned in the course of reviewing discovery, and that he will be held liable for misuse of any such information. Discovery will be provided to Core Civic on a password protected flash drive.

8. Mr. James Toliver respectfully requests that this Court issue an Order to CoreCivic directing that Mr. James Toliver be allowed **at least five (5) hours of access to the discovery per week**. This setup has been successfully employed at CoreCivic, Butler County Jail, and

Sedgwick County Jail, and follows the protocol of the national working group that includes both DOJ and Defender Services.

9. Government counsel, AUSA Skip Jacobs, has advised that the government does not oppose this motion.

**WHEREFORE**, for the reasons articulated above, Mr. James Toliver asks this Court to grant this motion.

Respectfully submitted,

s/John Jenab
John Jenab, KS #18069
JENAB LAW FIRM, P.A.
7431 Broadway St., #9
Kansas City, MO 64114
(816) 759-8686
(816) 759-8685 Fax
john.jenab@gmail.com

Attorney for Defendant

Certificate of Service

I certify that I filed the foregoing on January 29, 2020, using the Court's CM/ECF filing system, which provides electronic notice to all counsel of record.

s/John Jenab

4